DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>BRENDA VILLAGOMEZ<br>240 TOPAZ ST<br>REDWOOD CITY, CA 94062<br><br>###-##-2207<br>Debtor(s). | Case No.: 09-3-2639 SFC13<br>Chapter 13<br><br>***SECOND AMENDED*** OBJECTION TO CONFIRMATION, WITH A MOTION TO DISMISS, OF THE CHAPTER 13 PLAN, BY DAVID BURCHARD, CHAPTER 13 TRUSTEE AND NOTICE<br><br>CONFIRMATION HEARING:<br>Date: 1/13/2010<br>Time: 09:30 AM<br>Place: United States Bankruptcy Court<br>235 Pine Street 23rd Floor<br>San Francisco, California |

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, hereby objects to Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Trustee is in receipt of a proof of claim from BAC Home Loans Servicing LP for secured arrearages in the amount of $20,518.94. Should this claim be allowed, Debtor's plan would be insufficient to pay all secured, priority and administrative claims, and therefore, the Debtor's plan is not feasible. Trustee requests an amended plan, which pays this claim.

2. Trustee requests the motion to avoid the lien of Bank of America, as referenced in paragraph 12 of the plan be filed and resolved prior to confirmation.

3. There appears to be a discrepancy between the Amended Statement of Financial Affairs, Amended Application for Attorney's Fees and Debtor's Plan, which indicates Debtor paid her attorney $676.00 prior to the filing of the petition and paragraph 3 of the plan, which indicates Debtor paid her attorney $500.00 prior to the filing of the petition. Trustee requests the appropriate documents are amended in order that they are accurate and consistent.

4. The Trustee requests Debtor provide the appropriate declaration that details Debtor's income for the six months prior to the filing of the bankruptcy.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations, as required by the written Order Re: Payment Advices in Chapter 13 Cases, dated September 26, 2006.

Dated: December 22, 2009                    DAVID BURCHARD

                                            DAVID BURCHARD, Chapter 13 Trustee

Certificate of Mailing

I, LILIAN TSANG, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the Objection to Confirmation, with a Motion to Dismiss, of the Chapter 13 Plan, by David Burchard, Chapter 13 Trustee and Notice, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

BRENDA VILLAGOMEZ                           MORAN LAW GROUP INC
240 TOPAZ ST                                1674 N SHORELINE BLVD SUITE 140
REDWOOD CITY, CA 94062                      MOUNTAIN VIEW, CA 94043


United States Trustee
235 Pine Street, Suite 700
San Francisco, CA   94104


Dated: December 22, 2009                    LILIAN TSANG

                                            LILIAN TSANG