1 MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758

**Signed and Filed: February 02, 2010**

2 RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
3 Mountain View, CA 94043-1375
Tel.: (650) 694-4700

_____

4 Fax: (650) 694-4818
E-mail: ccmoran@moranlaw.net

**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

5
Attorney for Debtor

_____

6

7

8

9

10              UNITED STATES BANKRUPTCY COURT
      FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
11

12

13 In Re:                            )      Chapter 13
                                     )
14 BRENDA VILLAGOMEZ,                )      Bankruptcy No. 09-32639
                                     )
15                                   )
                                     )
16                                   )
              Debtor.                )
17 _____  )      HON. THOMAS E. CARLSON

18          **ORDER VALUING LIEN OF BANK OF AMERICA**

19      On December 23, 2009, Debtor filed a motion to value the lien of Bank of America

20 (hereinafter "Lienholder") against the property commonly known as 5477 Greenoaks Dr.,

21 California and more fully described in Exhibit A hereto, which lien was recorded in the

22 County of Stanislaus on or about May 16, 2006 as document 2006-0073356 (hereinafter

23 the "Lien").

24      The court finds that notice of the motion upon Lienholder was proper.  Lienholder

25 having failed to file timely opposition to Debtor's motion, the court hereby orders as

26 follows.

27 / / / /

28 / / / /

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Bank of America does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, and §§ 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

**END OF ORDER**

LEGAL DESCRIPTION
EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN CITY OF RIVERBANK, COUNTY OF STANISLAUS, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

Lot 22 of Elmwood Estates No. 1, as per map filed October 7, 1992 in Volume 36 of Maps, at Page 29, Stanislaus County Records.

Certificate of correction recorded January 17, 1995 as Instrument No. 3009, Official Records.

APN: 075-049-064

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Moran Law Group, Inc. |
| | 1674 N. Shoreline Blvd., #140 |
| 3 | Mountain View, CA 94043 |
| 4 | BAC Home Loans Servicing LP |
| | C T Corporation System |
| 5 | 818 W 7th St Fl 2 |
| | Los Angeles , CA 90017-3407 |
| 6 | |
| | Mark Domeyer, Esq. |
| 7 | Miles, Bauer |
| | 1665 Scenic Ave. Suite 200 |
| 8 | Costa Mesa, 92626 |
| 9 | David Burchard, Trustee |
| | PO Box 8059 |
| 10 | Foster City, CA 94404 |
| 11 | US Trustee, San Francisco |
| | 235 Pine St., #700 |
| 12 | San Francisco, CA 94104 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CERTIFICATE OF SERVICE BY MAIL