UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                                                                     Chapter 13
                                                                                           Case No.
                                                                                           **OBJECTION TO CLAIM & NOTICE THEREOF**

                                                                                           CLAIMANT:
<u>Debtor(s)</u>                                                              /            Claim No.:

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

    <u>NAME & ADDRESS OF CLAIMANT</u> (as set forth on Proof of Claim^):    <u>DOLLAR AMT</u>    <u>DATE FILED</u>

* 
* 
* 
* 
* 

^A copy of the Proof of Claim is attached as Exhibit A

The basis for the objection is that the claim:

___   duplicates claim no. _____ filed on _____ by _____.
___   does not include a copy of the writing upon which it is based.
___   does not include a copy of the underlying judgment.
___   does not include a copy of the security agreement and evidence of perfection.
___   fails to assert grounds of priority.
___   does not include a copy of the assignment(s) upon which it is based.
___   appears to include a copy of the assignment(s) upon which it is based.
___   is not timely filed.
____  _____
_____
_____

The Objecting Party will ask the court to enter an Order providing that the claim is:

___   allowed as a secured claim in the amount of:    $_____
___   allowed as an unsecured claim in the amount of:    $_____
___   allowed as a priority claim in the amount of:    $_____
___   disallowed in its entirety
___  _____.

NOTICE IS HEREBY GIVEN THAT B.L.R. 9014-1(b)(3) of the Untied States Bankruptcy Court of the Northern District of California and Federal Rule of Bankruptcy Procedure 3007 prescribe the procedures to be followed and any request for hearing on the matter must be filed and served upon the initiating party within 20 days of mailing of this notice. Any request for hearing must be accompanied by any declarations or memoranda of law the party requesting wishes to present tin support of its position. If there is not a timely request for hearing, the court may enter an order granting the relief by default. If a timely request for hearing is made, the initiating party will give at least 10 days written notice of hearing to the requesting party, and to any trustee appointed.

Dated: _____                                                              _____
                                                                                   Name, address & phone number of Objecting Party/Atty
                                                                                   <u>Cathleen Cooper Moran / Renée C. Mendoza</u>___
                                                                                   <u>Moran Law Group</u>_____
                                                                                   <u>1674 N. Shoreline Blvd., Suite 140</u>_____ _
                                                                                   <u>Mountain View, CA 94043</u>_____
                                                                                   <u>(650) 694-4700</u>_____ ____

CERTIFICATE OF SERVICE

      I am not less than 18 years of age and not a party to the within case. My business address is: _<u>1674 N. Shoreline Blvd.,Ste. 140, Mt. View, CA 94043</u>. I served this Objection to Claim and Notice Thereof by first class United States mail, postage pre-paid, at _____<u>Mountain View</u>_____, California on the date noted below and addressed the Claimant above, and on those listed below. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____, __<u>at _Mountain View</u>__ __ _____, California.
                                                                                   _____

Case: 09-32639   Doc# 41   Filed: 02/05/10   Entered: 02/05/10 14:32:29   Page 1 of 1