```
 1  MORAN LAW GROUP, INC.
    CATHLEEN COOPER MORAN, I.D. #83758
 2  RENÉE C. MENDOZA, I.D. #139939
    1674 N. Shoreline Blvd., Suite 140
 3  Mountain View, CA 94043-1375
    Tel.: (650) 694-4700
 4  Fax: (650) 694-4818
    E-mail: ccmoran@moranlaw.net
 5
    Attorney for Debtor
 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| BRENDA VILLAGOMEZ, | ) | Bankruptcy No. 09-32639 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | HON. THOMAS E. CARLSON |

### APPLICATION TO MODIFY CHAPTER 13 PLAN

The Debtor(s) respectfully requests that the Court modify debtor(s) Chapter 13 plan as follows:

__X__  1.  The monthly Plan payments of $ 500 for 24 months then $600 for 36 months _____, shall be:

__X__   Suspended for the months of  January, February and March 2012

_____   Increased to: $ _____, effective _____

__X__   Decreased to:$  150.00                            , effective April 2012

__X__   Other: Debtor will make $150 plan payments for 6 months.

_____  2.  The secured claims shall be modified as follows:

_____   The secured claims of the following creditors shall be added as follows:

| CREDITOR'S NAME | COLLATERAL VALUE | PMT/MONTH (if fixed) | INT RATE (if applicable) |
|---|---|---|---|
| | | | |

1   ____    The treatment of certain secured claim(s) shall be modified as follows:

| CREDITOR'S NAME | COLLATERAL VALUE | PMT/MO. (if fixed) | INT RATE (if applic.) | STATUS (e.g., unsec) |
|---|---|---|---|---|

____ 3. Change the estimated percentage paid to UNSECURED creditor(s) from _____ % to _____ %.

_X_ 4. Base Plan Changes:

    _X_ Plan Base amount increased/decreased to $ __14,600.00__ .

    _X_ Plan term increased/decreased to __36__ months.

____ 5. Other modifications:

_X_ 6. Reasons for the requested modification: The Debtor is now supporting her father who is disabled. Further the debtor has been diagnosed with a serious medical condition.

____ 7. The Chapter 13 Plan, as modified, would be completed within (60) months from commencement of the case. The debtor(s) respectfully requests the court enter an order granting the requested modifications as set forth above.

Dated: 04/12/2012      /s/ Renée C. Mendoza
Attorneys for Debtor(s)
Cathleen Cooper Moran / Renée C. Mendoza
Moran Law Group, Inc.
1674 N. Shoreline Blvd., Ste. 140, Mt. View, CA 94043
( 650 ) 694-4700