Alan Steven Wolf – Bar No. 94665
Ryan M. Davies - Bar No. 192598
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0128
Attorneys for Creditor,
U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR THE HOLDERS OF
THE GSAA HOME EQUITY TRUST
2006-12, ASSET-BACKED
CERTIFICATES, SERIES 2006-12

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Brenda Villagomez aka Brenda Lopez aka Brenda Ibel Villagomez aka Brenda I. Villagomez<br><br>Debtor(s). | Case No.: 09-32639- TC13<br><br>Chapter: 13<br><br>**REQUEST FOR SPECIAL NOTICE AND FOR INCLUSION IN MAILING GRID**<br><br>**(No Hearing Date Set)** |

TO THE HONORABLE THOMAS E. CARLSON, BANKRUPTCY JUDGE; THE CLERK OF THE BANKRUPTCY COURT; THE UNITED STATES TRUSTEE; THE CHAPTER 13 TRUSTEE; THE DEBTOR; AND ALL PARTIES IN INTEREST:

   PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002 and other rules and provisions of Title 11 of the United States Code, THE WOLF FIRM, attorneys for Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-12, ASSET-BACKED CERTIFICATES, SERIES 2006-12, requests special notice of all matters which must be noticed to creditors, the Creditors' Committee or other parties in interest and further requests inclusion in the mailing grid.

1

REQUEST FOR SPECIAL NOTICE

1   All copies should be sent to the following address:

2                 THE WOLF FIRM, A Law Corporation

3                 2955 Main Street, Second Floor

4                 Irvine, CA 92614

5   Date: January 29, 2013          Respectfully submitted,

6                                       THE WOLF FIRM,
A Professional Law Corporation

7

8

9                                       By: /s/ Ryan M. Davies
Ryan M. Davies
Attorney for Creditor
U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-12, ASSET-BACKED CERTIFICATES, SERIES 2006-12

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

RE: Villagomez

CASE NO.: 09-32639- TC13

I declare that I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2955 Main Street, Second Floor, Irvine, California 92614. On January 29, 2013, I served a **REQUEST FOR SPECIAL NOTICE** on each of the interested parties by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

SEE ATTACHED LIST MARKED AS

EXHIBIT "1" AND INCORPORATED

HEREIN BY REFERENCE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 29, 2013, at Irvine, California.

/S/ Yesenia Ruvalcaba
Yesenia Ruvalcaba

EXHIBIT "1"

RE: Villagomez

CASE NO.: 09-32639- TC13

**Debtor**:
Brenda Villagomez
240 Topaz St.
Redwood City, CA 94062

**Debtor's Counsel**:
Cathleen Cooper Moran
Moran Law Group, Inc.
1674 N Shoreline Blvd. #140
Mountain View, CA 94043-1375

**Debtor's Counsel**:
Renee C. Mendoza
Moran Law Group, Inc.
1674 N Shoreline Blvd. #140
Mountain View, CA 94043-1375

**Chapter 13 Trustee**:
David Burchard
393 Vintage Park Drive, Suite 150
Foster City, CA 94404

**U.S. Trustee**:
Office of the U.S. Trustee - San Francisco
235 Pine Street, Suite 700
San Francisco, CA 94104-3401