**Barbara Newton - U.S. Bankruptcy Court, Northern District of California - Returned Mail Notice, In re: Brenda Villagomez, Case Number: 09-32639, HLB, Ref: [p-50844338]**

| | |
|---|---|
| From: | <USBankruptcyCourts@noticingcenter.com> |
| To: | <ecf@moranlaw.net> |
| Date: | 2/28/2013 3:52 PM |
| Subject: | U.S. Bankruptcy Court, Northern District of California - Returned Mail Notice, In re: Brenda Villagomez, Case Number: 09-32639, HLB, Ref: [p-50844338] |
| Attachments: | R_P30932639NRCSPC0249.PDF |

Returned Mail Notice to the Debtor/Debtor's Attorney

February 28, 2013

From: United States Bankruptcy Court, Northern District of California

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Brenda Villagomez, Case Number 09-32639, HLB

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

                       U.S. Bankruptcy Court
                      235 Pine Street, 19th floor (94104)
                         Post Office Box 7341
                       San Francisco, CA 94120

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

BAC Home Loans Servicing, LP..
Miles, Bauer, Bergstrom & Winters, LLP
1665 Scenic Ave Ste 200
Costa Mesa, CA 92626-1441

THE UPDATED ADDRESS IS:     BAC Home Loans Servicing, LP
                                       Miles, Bauer, Bergstrom & Winters, LLP
                                       1231 E. Dyer Road, Suite 100
                                       Santa Ana, CA 92705

_____    _3/18/2013_____
Signature of Debtor or Debtor's Attorney         Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

Form NRCSPC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Brenda Villagomez<br>  aka  Brenda Lopez<br>  aka  Brenda Ibel Villagomez<br>  aka  Brenda I. Villagomez<br>      Debtor(s) | Case No.: 09-32639 HLB<br>Chapter: 13 |
|---|---|

## REASSIGNMENT OF CASE

NOTICE TO ATTORNEYS, TRUSTEES and PARTIES to the case:

A reassignment of the above case has been made from Thomas E. Carlson to Hannah L. Blumenstiel and the case number designation has been changed from TEC to HLB to reflect the assignment of the new judge effective February 13, 2013.

NEW CASE NO. DESIGNATION: HLB           NEW JUDGE ASSIGNMENT: Hannah L. Blumenstiel

All interested parties are directed to use the new case number designation of HLB in all future contacts with the court and on all documents filed hereafter with the court.

Notice is further given that effective February 13, 2013 all hearings scheduled for cases reassigned to the Honorable Hannah L. Blumenstiel will be heard in Courtroom 23. Please refer to the court's website – http://www.canb.uscourts.gov/calendars/calendars-menu – for more information regarding Judge Blumenstiel's calendar coverage.

Dated: 2/13/13           For the Court:

                                          Gloria L. Franklin<br>                                          Clerk of Court<br>                                          United States Bankruptcy Court