**DAVID BURCHARD, TRUSTEE**
P.O. Box 8059, Foster City, CA 94404
(650) 345-7801   FAX (650) 345-1514
(707) 544-5500   FAX (707) 544-0475

0050-1B-EPIP1B-00028629-144076

# UNITED STATES BANKRUPTCY COURT
## Northern District of California
## San Francisco / Santa Rosa Divisions

**BANKRUPTCY CASE NO:** 09-3-2639 HLB
Chapter 13

IN RE:

BRENDA VILLAGOMEZ

_____
DEBTOR(S)

## ACCOUNTING OF CHAPTER 13 PLAN PAYMENTS

The Trustee represents that as of _____05/15/2013_____, all the payments owed by the above named debtor(s) in the Chapter 13 Case filed on _____09/04/2009_____ and confirmed by the Court, have been paid.

DATE:  05/31/2013

_____/s/_____
**DAVID BURCHARD, TRUSTEE**